**STATE of Missouri, Respondent,**

v.

**Warren P. BEGHTEL, Appellant.**

**Warren P. BEGHTEL, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. WD 49199, WD 51199.

Missouri Court of Appeals, Western District.

Dec. 5, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and ULRICH and SMITH, JJ.

### ORDER

PER CURIAM.

Appeal from conviction, after trial by jury, of two counts of first degree robbery, two counts of armed criminal action, and one count of unlawful use of a weapon for possessing a short-barrelled shotgun pursuant to sections 569.020, 571.015, and 571.030, RSMo 1986, respectively.

Appellant also appeals the denial of his Rule 29.15 motion for post-conviction relief.

Judgment and conviction affirmed. Rule 84.16(b) and 30.25(b).